UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONICA DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>MOUNTAIN VIEW FUNERAL HOME,<br><br>        Defendant. | CASE NO. C25-5579 BHS<br><br>ORDER |

This matter is before the Court on pro se plaintiff Monica Davis's motion for leave to appeal *in forma pauperis*. Dkt. 8. The Court denied Davis's emergency motion for a temporary restraining order for failure to establish that she was likely to succeed on the merits of her claim, primarily because she did not file a complaint asserting any claims. Dkt. 2. It dismissed the case without prejudice because she had not filed a complaint properly invoking this Court's subject matter jurisdiction, because she failed to state a plausible claim, and because she had not responded to the Court's order to show cause. Dkt. 3.

Davis now seeks to appeal *in forma pauperis*, asserting that she is indigent. Dkt. 8. The Court accepts that she cannot afford the filing fee, but *in forma pauperis* status also

ORDER - 1

1  requires a plaintiff to state a plausible claim, or make a showing that there is some
2  potential merit to her appeal. *See* 28 U.S.C. § 1915(a)(3) (an appeal may not be taken *in*
3  *forma pauperis* if the trial court certifies in writing that it is not taken in good faith.).
4     The Court cannot conclude that Davis's appeal is taken in good faith because it
5  does not have any substantive merit. She has not filed a complaint, and she has not
6  asserted a claim within this Court's subject matter jurisdiction. *See* Dkts. 2, 3, 4, and 6.
7     The motion to appeal *in forma pauperis*, Dkt. 8, is **DENIED**. Her motion to
8  compel transmission of the record in this case to the Ninth Circuit, Dkt. 11, is **DENIED**
9  as unnecessary.
10    **IT IS SO ORDERED**.
11    Dated this 21st day of August, 2025.

          BENJAMIN H. SETTLE
          United States District Judge